GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I. SILVERSTEIN, ESQ. (State Bar #143543)
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Cross-Defendants SHANLEY CONSTRUCTION, INC. and MARK SHANLEY and Plaintiff/Counter-Defendant LINCOLN GENERAL INS. COMP.

FILED
CLERK U.S. DISTRICT COURT
JUL - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CONTRACTORS INSURANCE COMPANY, INC, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CV09-5477 SVW (JCx)<br><br>PROPOSED ORDER |

## [PROPOSED] ORDER

After reviewing the foregoing Stipulation Regarding the dismissal of the action, IT IS HEREBY ORDERED: that the action entitled *Lincoln General Insurance Company v. United Contractors Insurance Company et al.*, case number CV09-5477 SVW (JCx), is hereby dismissed with prejudice in its entirety and against all parties pursuant to the parties' Stipulation for Voluntary Dismissal.

DATED: July 8, 2010

_____
Honorable Stephen V. Wilson
United States District Court Judge

[PROPOSED] ORDER

- 1 -

G:\3323\Pleadings\Prop.Order.Trial.wpd